Page 1

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Cox, Robin | Case Number:  05 B 05515 |
| | Judge:  Squires, John H |
| Printed: 02/10/09 | Filed:  2/17/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 4, 2009
Confirmed:  April 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 16,200.00 | |
| Secured: | | 504.01 |
| Unsecured: | | 11,842.66 |
| Priority: | | 501.07 |
| Administrative: | | 2,530.20 |
| Trustee Fee: | | 822.06 |
| Other Funds: | | 0.00 |
| Totals: | 16,200.00 | 16,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,530.20 | 2,530.20 |
| 2. | TCF Bank | Secured | 504.01 | 504.01 |
| 3. | Internal Revenue Service | Priority | 501.07 | 501.07 |
| 4. | United States Dept Of Education | Unsecured | 3,220.33 | 3,545.43 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 893.09 | 983.25 |
| 6. | Americash Loans, LLC | Unsecured | 220.10 | 242.22 |
| 7. | Illinois Dept Of Public Aid | Unsecured | 3,196.43 | 3,517.74 |
| 8. | TCF Bank | Unsecured | 2,106.33 | 2,318.97 |
| 9. | ECast Settlement Corp | Unsecured | 101.65 | 111.89 |
| 10. | Illinois Dept of Revenue | Unsecured | 37.92 | 41.73 |
| 11. | Resurgent Capital Services | Unsecured | 513.47 | 565.09 |
| 12. | Nationwide Acceptance Corp | Unsecured | 469.00 | 516.34 |
| 13. | Advocate Health Care | Unsecured | | No Claim Filed |
| 14. | Bethany Hospital | Unsecured | | No Claim Filed |
| 15. | Charter One Bank | Unsecured | | No Claim Filed |
| 16. | Midwest Diangnostic | Unsecured | | No Claim Filed |
| 17. | JBC & Associates | Unsecured | | No Claim Filed |
| 18. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 19. | Nazon Medical | Unsecured | | No Claim Filed |
| 20. | Progressive Recovery Technique | Unsecured | | No Claim Filed |
| | | | $ 14,293.60 | $ 15,377.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cox, Robin

Printed: 02/10/09

Case Number:  05 B 05515
Judge: Squires, John H
Filed:  2/17/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 49.13 |
| 3% | 20.87 |
| 5.5% | 253.78 |
| 5% | 78.10 |
| 4.8% | 151.20 |
| 5.4% | 267.23 |
| 6.5% | (113.89) |
| 6.6% | 115.64 |
| | $ 822.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

